472 A.2d 263

Schulz, etc., Appellants, v. Zulli.

Argued December 13, 1983.

Neil E. Jokelson, for appellants; Edgar R. Einhorn, for appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Order affirmed.